No. 76–364.  WOODRUFF ET AL. v. AIR PROPERTIES G., INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 76–393.  O'CONNOR v. STATE TAX COMMISSION OF NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 76–5001.  MIYAKI v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 76–5005.  BUNN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 76–5008.  GRIFFIN v. UNITED STATES; and
No. 76–5128.  MONTANO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 76–5014.  ARMENTO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 76–5025.  KIMMONS v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 76–5031.  GONZALEZ-BENITEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 76–5051.  MAHAR v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 76–5055.  WEATHERALL v. WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 76–5056.  PAYDEN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 76–5063.  HURT v. LORTON COMPLEX ET AL.  C. A. D. C. Cir.  Certiorari denied.